**No. 41129.**—Protest 847462–G of S. A. Haram (New York.)

Opinion by CLINE, J. It appeared that a sticker label containing the words "Made in Sweden" was pasted to each tin. The merchandise was therefore held legally marked and the protest was sustained on the authority of *American Hatters & Furriers* v. *United States* (C. D. 31) and Abstracts 37079, 39518, 39520, and 39549.

**No. 41130.**—Protests 839027–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the the court dismissed the protests.

**No. 41131.**—Protest 905374–G of Draeger Shipping Co., Inc. (New York).

Opinion by KEEFE, J. It appeared that the merchandise was exported to London and returned, and that two of the three documents required by article 392, Customs Regulations of 1931, were duly filed with the collector, but that the certificate of outward shipment was not filed, the parcel post receipt having been lost. However, a duplicate receipt was obtained and admitted in evidence. On the authority of *United States* v. *Coastwise Steamship & Barge Co.* (9 Ct. Cust. Appls. 216, T. D. 38047) and Abstract 38432 it was held that the regulations were substantially complied with and the protest was sustained.

APRIL 24, 1939

**No. 41132.**—SUIT 4158.— —*E. & J. Burke, Ltd.* v. *United States.* T. D. 49359 affirmed.

**No. 41133.**—SUIT 4193.— —*United States* v. *E. Leitz, Inc.* T. D. 49622 reversed.

APRIL 25, 1939

**No. 41134.**—SUIT 4197.— —*Stanley Bulkley Co.* v. *United States.* T. D. 49477 affirmed.

BEFORE THE FIRST DIVISION, APRIL 26, 1939

**No. 41135.**—Protests 80902–G, etc., of S. F. Zaloom & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of handkerchiefs similar to those involved in Abstract 196. The claim at 45 percent under paragraph 1016 was therefore sustained.